ABE LUCA, ESQ. (235953)
ablu22@hotmail.com
Freedom Watch, Inc.
9701 Wilshire Blvd.
Suite 900, 9th Floor
Beverly Hills, CA 90212
Telephone: 310-651-3026
Facsimile: 310-651-3025

Of Counsel; **Larry Klayman, Esq**.
Chairman and General Counsel
Freedom Watch, Inc.

Attorneys for the Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| Jacqueline Williams in the Right of and for the Benefit of American International Group and herself and other Shareholders of the Class<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD M. LIDDY, et al.<br><br>Defendants. | CASE NO: 2:09-cv-2108 AHM-RCx<br><br>**MOTION TO MAKE SPECIAL APPEARANCE**<br><br>Hearing Date: June 8, 2009<br>Time:            10:00 a.m.<br>Courtroom:    14<br><br>Hon.  A. Howard Matz |

Plaintiff's outside counsel and general counsel of Freedom Watch, Larry Klayman, moves this honorable court to make a special appearance at the above styled hearing on Defendants' motion to transfer and as grounds therefore would show:

1.     Larry Klayman is licensed to practice in the District of Colombia, Florida and Pennsylvania and has appeared before this court in the past pro hac vice. He has at all times in

[1]

his 33 years of practice been a member in good standing of these state bars and has not been disciplined by any of them (Exhibit 1).

2. When this lawsuit was filed, Freedom Watch, the non-profit foundation which filed the suit for the Plaintiff, had in its employ a California local counsel, Abe Luca, Esq., who was going to move Larry Klayman in to this case pro hac vice, but he left Freedom Watch's employ for other employment.

3. Freedom Watch has been looking for other local counsel, but because of the political aspect of this case – which joins the Treasury Secretary and others – in addition to AIG and is directors, local Los Angeles lawyers are reticent to take on these big political interests. Freedom Watch has located one that is likely willing, but the group is still in negotiation with him.

4. Thus, Larry Klayman respectfully requests leave of this court to appear specially, at this time just to argue against transfer orally, at the above styled hearing and will, once local counsel is signed, support him for entry pro hac vice if Defendants do not consent (Exhibit 2).

5. This motion is within the discretion of this court to grant and the Defendants' counsel, having been contacted, have yet to return the undersigned's call.

Respectfully submitted,

DATED: June 05, 2009

By /s/ Larry Klayman  
Larry Klayman, Esq.  
Chairman  
Freedom Watch, Inc.  
9701 Wilshire Blvd. Suite 900  
Beverly Hills, CA 90212

[2]