# EXHIBIT "2"

1  ABE LUCA, ESQ. (235953)
   ablu22@hotmail.com
2  Freedom Watch, Inc.
3  9701 Wilshire Blvd.
   Suite 923, 9th Floor
4  Beverly Hills, CA 90212
   Telephone: 310-651-3026
5  Facsimile: 310-651-3025
6
   Of Counsel; **Larry Klayman, Esq**.
7  Chairman and General Counsel
   Freedom Watch, Inc.
8
9  Attorneys for the Plaintiff
10
11                 **IN THE UNITED STATES DISTRICT COURT**
                        **CENTRAL DISTRICT OF CALIFORNIA**
12
                               **WESTERN DIVISION**
13
14 In the matter of

15
   Jacqueline Williams in the Right of      )   CASE NO: 2:09-cv-2108 AHM-RCx
16 and for the Benefit of American           )
   International Group and herself and       )   **APPLICATION OF LARRY**
17 other Shareholders Of the Class           )   **KLAYMAN FOR ADMISSION**
                                             )   *PRO HAC VICE*
18         Plaintiffs,                       )
19                                           )   Hearing Date: June 8, 2009
              v.                             )   Time:          10:00 a.m.
20                                           )   Courtroom:     14
21 EDWARD M. LIDDY, et al.                   )
                                             )   Hon. A. Howard Matz
22         Defendants.                       )
                                             )
23 ─────────────────────────────────────)
24
25 TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

26         PLEASE TAKE NOTICE that at the above time and place, the undersigned will apply for

27 permission to appear as counsel *pro hac vice* before the United States District Court in the

28 Central District of California in this matter. I, Larry Klayman, certifies that:

[1]

1. I am admitted to the following Supreme courts: Florida , the District of Columbia, and Pennsylvania.

2. I am currently in good standing in the above-mentioned courts (*see attachment A*) and I have never been subject to discipline in any of the courts to which I have been admitted.

3. I recently moved to California and am scheduled to take the California bar exam in July, 2009.

4. My contact information is the following:

    (b) Business address: Freedom Watch, Inc. 9701 Wilshire Blvd., Beverly Hills, CA 90212, Tel: (310) 651-3026, Fax: (310)-651-3025

5. I am not currently *pro hac vice* with this court.

6. In the case of Baldwin Hardware v. Frank Su Enterprises (93-cv-1185), Judge William D. Keller instructed me to attach a copy of his order, which I no longer have in my possession, concerning sanctions which I maintain were unfairly meted out. A review of this order by Bar Associations confirms that I did nothing wrong. According to my recollection, this order was issued over 15 years ago.

7. The current attorney of record in this case is:

    Abe Luca, Esq. (235953), tel: (805) 300-4068

    26500 Agoura Rd #102-853, Calabasas, CA 91302

8. My role in the above mentioned litigation will be to become the attorney of record for the Plaintiffs.

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct.

[2]

Respectfully submitted,

DATED: June 05, 2009

           By /s/ Larry Klayman
           Larry Klayman, Esq.
           Chairman
           Freedom Watch, Inc.
           9701 Wilshire Blvd. Suite 900
           Beverly Hills, CA 90212